**Charles Thomas DICKERSON, Plaintiff—Appellant,**

**v.**

**Christopher LAWLOR, FBI Agent; Several Unknown Named Agents and Officers, Defendants—Appellees.**

No. 04–7488.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 3, 2005.

Charles Thomas Dickerson, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Thomas Dickerson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Dickerson v. Lawlor,* No. CA–04–556–1 (E.D.Va. Aug. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*